# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HORIZON PHARMA, INC., HORIZON, PHARMA USA, INC., and POZEN INC., | ***FILED UNDER SEAL*** |
| Plaintiffs, | CIVIL ACTION NOS. 13-3038; 15-3322; 15-8523; 15-8524; 16-426; 16-4916 |
| v. | (MLC)(DEA) |
| ACTAVIS LABORATORIES FL, INC., And ACTAVIS PHARMA, INC., | **ORDER** |
| Defendants. |  |

For the reasons stated in the Court's Memorandum Opinion dated December 30, 2016, **IT IS** on this   30th   day of December, 2016, **ORDERED** that the Report and Recommendation of the Magistrate Judge, filed on December 22, 2016, recommending that the Court grant Actavis' motion to compel the enforcement of the settlement (dkt. 91), is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that plaintiffs' objections to the Report and Recommendation (dkt. 95; dkt. 101) are **DENIED**; and it is further

**ORDERED** that Actavis' motion to compel the enforcement of the settlement (dkt. 85) is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court designate the motion to compel the enforcement of the settlement (dkt. 85) as **DECIDED AND TERMINATED**; and it is further

**ORDERED** that to the extent any party believes that portions of this Order should be permanently sealed, that party shall (or the parties' may jointly) file a formal motion to seal no later than January 10, 2017.  If no motion to seal is timely filed, the Court shall unseal this Order.

  s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge